

## ORDERED in the Southern District of Florida on March 19, 2015.

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

ROBERT LEE ABSHEAR,                              Case No. 12-31503-RBR

    Debtor.                                              Chapter 7
_____/

### ORDER SETTING EVIDENTIARY HEARING ON
### DEBTOR'S RENEWED OBJECTION TO CLAIMS [D.E. 68]

**THIS MATTER** came before the Court for a hearing on March 18, 2015, upon the Debtor's Renewed Objection to Claims [D.E. 68] (the "Objection") and Intellasource, LLC; Trace Ohio, LLC; HR Resources, LLC; Mastertrace Inc.; and Mastersleuth Investigations Inc.'s Response [D.E. 69] thereto. After the Court considering the Objection, Response, case file, argument of the parties, and the Court's calendar, it is

    **ORDERED** as follows:

1. The Objection [D.E. 68] is scheduled for a **two (2) hour evidentiary hearing** on **April 7, 2015 at 1:30 P.M.** in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2. If any discovery is necessary, it must be completed no later than five (5) business days prior to the scheduled hearing.

3. The parties shall bring to the hearing:

    a) An exhibit list showing the exhibits, including deposition transcripts, intended to be offered as evidence at the hearing. *See* Local Form 49. Movants and/or Plaintiffs shall mark their exhibits numerically. Respondents and/or Defendants shall mark their exhibits alphabetically.

    b) A set of pre-marked exhibits to the Court and opposing Counsel and copies of relevant exhibits to the witness(es).

    c) Any witnesses.

4. <u>Admissibility of Exhibits.</u> The parties shall confer on the admissibility of the exhibits prior to the hearing, and shall announce on the record the exhibits that they agree are to be admitted into evidence, objected to, or withdrawn.

###

*The Clerk shall furnish copies to all parties of record.*